FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANNIE PAUL BOWLING, III,<br><br>Defendant. | No. 2:17-CR-00229-TOR-14<br><br>ORDER DENYING DEFENDANT'S MOTION FOR MODIFICATION OF RELEASE, WITH LEAVE TO RENEW |

Before the Court is Defendant's Unopposed Motion to Modify Order Setting Conditions of Release. ECF No. 520. Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request. ECF No. 520 at 2.

Specifically, Defendant requests permission to travel to Idaho to visit his family. ECF No. 520 at 2. However, Defendant's motion does not identify when he wishes to travel to Idaho, or where in Idaho he wishes to visit.

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 520**, is **DENIED with leave to renew**. Defendant is encouraged to move this Court again after providing the requested details.

**IT IS SO ORDERED.**

DATED June 6, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1