FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 18, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANNIE PAUL BOWLING, III,<br><br>Defendant. | No. 2:17-CR-00229-TOR-14<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR MODIFICATION OF RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 538)** |

Before the Court is Defendant's Amended Motion to Modify Order Setting Conditions of Release. ECF No. 538. Defendant recited in his motion original motion that neither the United States, nor U.S. Probation oppose this request. ECF No. 520 at 2.

Specifically, Defendant requests modification of his pretrial release conditions to allow him to travel to Kootenai County, Idaho for both employment and family visits. ECF No. 538 at 2.

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 538**, is **GRANTED**. Defendant's conditions of pretrial release, ECF No. 223, are amended as follows:

**(14)** Defendant shall remain in the Eastern District of Washington. Defendant may to Kootenai County, Idaho for employment purposes, on condition that prior to traveling to Idaho he advise his probation officer of the time he will be

ORDER - 1

absent from this District, and where he may be reached during that time. Further, Defendant may travel to Harrison, Idaho on August 11, 2018, for a family reunion, provided he advises his supervising Pretrial Services Officer where he may be reached during that time. Defendant may travel to Kootenai County Idaho to participate in other family matters, provided he obtains the express approval of his supervising Pretrial Services Officer prior to departure, and advises his supervising Pretrial Services Officer where he may be reached during the time his is out of the District.

**IT IS SO ORDERED.**

DATED June 18, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2