PROB 12C  
(6/16)

Report Date: November 10, 2021

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 10, 2021**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Dannie Paul Bowling, III | Case Number: 0980 2:17CR00229-TOR-14 |
| Address of Offender: | Spokane, Washington 99224 |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 11, 2019

Original Offense: Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 846, 841(a)(1), (b)(1)(A)(viii)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 8 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: | April 30, 2020 |
| Defense Attorney: | Frank Louis Cikutovich | Date Supervision Expires: | April 29, 2025 |

### PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| 2 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: The offender is alleged to have violated mandatory conditions 1 and 2, by committing the offense of possession of a controlled substance, on or about November 5, 2021.

On May 1, 2020, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware that he must not commit another federal, state or local crime. He was also made aware that he must not unlawfully possess a controlled substance.

On November 5, 2021, Mr. Bowling was arrested by the Kootenai County Sheriff's Office for possession of a controlled substance. He is scheduled to appear in Kootenai County Magistrate Court for a preliminary hearing on November 23, 2021, in case number CR28-21-18961.

Prob12C
**Re: Bowling, III, Dannie Paul**
**November 10, 2021**
**Page 2**

According to incident report number 21-48210, on November 5, 2021, Kootenai County deputies were on patrol in a high crime/drug area in Kootenai County, Idaho, when Mr. Bowling was observed violating several traffic laws. A traffic stop was initiated and law enforcement positively identified the driver as Mr. Bowling. Shortly thereafter, another deputy arrived on the scene and retrieved a police K9 from his vehicle to perform an exterior sniff of the vehicle. The K9 alerted to a narcotic odor emitting from the vehicle and subsequently, the vehicle was searched. During the search of the vehicle, deputies discovered a clear plastic bag under the steering column that contained approximately 20 grams of a white crystal-like substance. The substance was tested and returned presumptive positive for methamphetamine.

Mr. Bowling was questioned by one of the deputies and admitted that the substance looked like methamphetamine, but denied that it belonged to him. He further admitted to using methamphetamine that same day and advised the deputy that if he did not go to jail, he could provide them with the name of a methamphetamine dealer in Spokane, Washington.

Subsequently, Mr. Bowling was placed into custody and was transported to the Kootenai County Jail. He posted bail on November 8, 2021, and was released from custody.

3     **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 9, by failing to notify the probation officer of his arrest on November 5, 2021.

On May 1, 2020, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by his supervising officer that he must notify the probation officer within 72 hours if he was arrested or questioned by law enforcement.

As previously noted, on November 5, 2021, Mr. Bowling was arrested by the Kootenai County Sheriff's Office for the offense of possession of a controlled substance. He made no known efforts to contact his supervising officer within the required 72-hour period to advise of his arrest. This officer contacted Mr. Bowling on November 9, 2021, at which time he reported his arrest.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     November 10, 2021

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
Re: Bowling, III, Dannie Paul
November 10, 2021
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Thomas O. Rice
United States District Judge

_November 10, 2021_____
Date