PROB 12C
(6/16)

Report Date: March 10, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Dannie Paul Bowling, III | Case Number: 0980 2:17CR00229-TOR-14 |
| Address of Offender: ███████████████████ , Spokane, Washington 99224 | |
| Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: September 11, 2019 | |
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(viii) |
| Original Sentence: Prison - 8 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: David Michael Herzog | Date Supervision Commenced: April 30, 2020 |
| Defense Attorney: Payton B. Martinez | Date Supervision Expires: April 29, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/10/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 4 by ingesting a controlled substance, Adderall, on or about February 11, 2022.<br><br>On May 1, 2020, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements.  Specifically, he was made aware by the U.S. probation officer that he must abstain from the use of illegal controlled substances.<br><br>On February 16, 2022, Mr. Bowling informed this probation officer that he ingested an Adderall pill.  He further acknowledged he does not have a prescription for said substance and indicated the prescription belonged to his girlfriend. |

Prob12C
Re: Bowling, III, Dannie Paul
March 10, 2022
Page 2

| | |
|---|---|
| 5 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 4 by ingesting a controlled substance, methamphetamine, on or about February 15, 2022.

On May 1, 2020, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by the U.S. probation officer that he must abstain from the use of illegal controlled substances.

On February 15, 2022, Mr. Bowling submitted a urine specimen at Pioneer Human Services (PHS) that tested presumptive positive for methamphetamine. At that time, he signed a denial form indicating he had not ingested said substance. It should be noted, the aforementioned urine specimen was confirmed positive for methamphetamine on February 26, 2022.

6    **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: The offender is alleged to have violated special condition number 3 by failing to attend substance abuse treatment sessions at PHS on January 6, and March 1, 2022.

On May 1, 2020, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by the U.S. probation officer that he must undergo a substance abuse evaluation and complete recommended treatment and aftercare.

This officer received email correspondence from PHS indicating Mr. Bowling failed to attend scheduled substance abuse treatment sessions on January 6, and March 1, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 10, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
Re: Bowling, III, Dannie Paul
March 10, 2022
Page 3

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other : *All pending alleged violations of supervised release will be addressed at the Revocation Hearing scheduled for 4/13/2022 at 10:30 am.*

_____
Thomas O. Rice
United States District Judge

March 10, 2022
_____
Date