PROB 12C
(6/16)

Report Date: March 31, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dannie Paul Bowling, III           Case Number: 0980 2:17CR00229-TOR-14

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 11, 2019

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 846, 841(a)(1), (b)(1)(A)(viii) | |
| Original Sentence: | Prison - 8 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: April 30, 2020 |
| Defense Attorney: | Payton B. Martinez | Date Supervision Expires: April 29, 2025 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/10/2021 and 3/10/2022.

On May 1, 2020, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition #6**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: The offender is alleged to have violated standard condition number 6, by failing to report to the probation officer on March 21, 2022. |
| | On March 18, 2022, the probation officer instructed Mr. Bowling to report to the U.S. Probation Office on March 21, 2022, to discuss his ongoing noncompliance. He failed to report as directed. |
| 8 | **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to |

Prob12C
Re: Bowling, III, Dannie Paul
March 31, 2022
Page 2

your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: The offender is alleged to have violated special condition number 3, by failing to attend scheduled treatment sessions at Pioneer Human Services (PHS) on March 17, and 29, 2022.

The probation officer received email correspondence from PHS indicating Mr. Bowling failed to attend scheduled treatment sessions on March 17, and 29, 2022.

9    **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** The offender is alleged to have violated special condition number 4, by failing to submit to urinalysis testing at PHS on March 15, 17, and 23, 2022.

The probation officer received email correspondence from PHS indicating Mr. Bowling failed to report for urinalysis testing on March 15, 17, and 23, 2022.

10   **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting controlled substances, amphetamine and methamphetamine, on or about March 30, 2022.

On March 30, 2022, Mr. Bowling reported to the U.S. Probation Office and submitted a urine specimen was presumptive positive for amphetamine and methamphetamine. At that time, he signed an admission form acknowledging use of said substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 31, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
**Re: Bowling, III, Dannie Paul**
**March 31, 2022**
**Page 3**

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

March 31, 2022
Date